-1-

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the statements contained in Paragraphs 9-21, 34-47, 58, and 61-82 of the Verified Complaint related to Plaintiff Groupon, Inc. are true and correct to the best of my knowledge and belief.

DocuSigned by:

*Simon Goodall*

B343BE5B545346D...

Simon Goodall
Chief Revenue Officer
Groupon, Inc.

-1-

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the statements contained in Paragraphs 22-27, 30, 33, 48-57, and 60 of the Verified Complaint related to Plaintiff Groupon, Inc. are true and correct to the best of my knowledge and belief.

DocuSigned by:

*Claudine Kourkoumelis*

972A7DD57866416...

Claudine Kourkoumelis
Chief People Officer
Groupon, Inc.

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the statements contained in Paragraphs 28-29 of the Verified Complaint related to Plaintiff Groupon, Inc. are true and correct to the best of my knowledge and belief.

DocuSigned by:

E07EF67A756E4A7...

Stephen Garvey
Senior Human Resources
Information Systems Analyst
Groupon, Inc.

-1-

**DECLARATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the statements contained in Paragraphs 31-32 of the Verified Complaint related to Plaintiff Groupon, Inc. are true and correct to the best of my knowledge and belief.

DocuSigned by:

E941AD4C29F740F...

Doug Bach
Global Head of Compensation &
Benefits
Groupon, Inc.