IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GROUPON, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-06082 ) |
| SUNG SHIN, | ) ) |
| Defendant. | ) ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the Northern District of Illinois, Groupon, Inc. states that it is a nongovernmental publicly traded company with no parent corporation. Vanguard Group, Inc., Prentice Capital Management LP, and PAR Capital Management Inc., each own 5% or more of Groupon, Inc.'s stock as of their most recent SEC filings.

Dated: November 12, 2021

Respectfully submitted,

GROUPON, INC.

By: /s/ *Kevin M. Cloutier*
  One of Its Attorneys

Kevin M. Cloutier (6273805)
Shawn D. Fabian (6310637)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Tel: (312) 499-6300
Fax: (312) 499-6301
kcloutier@sheppardmullin.com
sfabian@sheppardmullin.com