# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: GROUPON, INC.
v.
SUNG SHIN

Case Number: 1:21-cv-06082

An appearance is hereby filed by the undersigned as attorney for:
GROUPON, INC.

Attorney name (type or print): Kevin M. Cloutier

Firm: Sheppard, Mullin, Richter & Hampton, LLP

Street address: 70 West Madison Street, Suite 4800

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6273805
(See item 3 in instructions)

Telephone Number: (312) 499-6300

Email Address: kcloutier@sheppardmullin.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 16, 2021

Attorney signature: S/ Kevin M. Cloutier
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015