**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Groupon v. Shin

Case Number: 1:21-cv-06082

An appearance is hereby filed by the undersigned as attorney for:

Defendant Sung Shin

Attorney name (type or print): Miriam N. Geraghty

Firm: MacDonald Hoague & Bayless

Street address: 303 W. Madison, Suite 2650

City/State/Zip: Chicago, IL  60606

Bar ID Number: 0937150
(See item 3 in instructions)

Telephone Number: (312) 663-5210

Email Address: miriamg@mhb.com

Are you acting as lead counsel in this case?        ☐ Yes   ☑ No

Are you acting as local counsel in this case?       ☑ Yes   ☐ No

Are you a member of the court's trial bar?          ☑ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
   If appointed counsel, are you

   ☐ Federal Defender

   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 15, 2021

Attorney signature:   S/ Miriam N. Geraghty

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015