UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Groupon, Inc.
              Plaintiff,

v.                                                    Case No.: 1:21−cv−06082
                                                      Honorable Charles P. Kocoras

Sung Shin
              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 16, 2021:

MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff Groupon, Inc's Emergency Motion for Temporary Restraining Order [4] is granted. Plaintiff's Motion for Leave to File Oversized Brief in Support of Plaintiff's Emergency Motion For Temporary Restraining Order [5] is granted. Telephonic motion hearing set for 11/23/2021 at 11:00 a.m. For the telephonic motion hearing, parties are to use the following call−in number: (888) 684 8852, conference code 8819984. Counsel of record will receive an email the morning of the telephonic hearing with instructions to join the call. COUNSEL MUST TYPE IN THEIR NAME WHEN JOINING THE CALL. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.