IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GROUPON, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-06082 |
| ) | |
| v. ) | Honorable Judge Charles P. Kocoras |
| ) | |
| SUNG SHIN, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO FILE OVERSIZE BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2), OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404; AND REQUEST FOR ORDER VACATING TEMPORARY RESTRAINING ORDER**

Defendant Sung Shin, by and through his undersigned counsel, states as follows:

1. Plaintiff Groupon filed its Complaint and Emergency Motion for Temporary Restraining Order ("EMTRO") in this Court on November 12, 2021. Defendant was served with the Complaint and EMTRO on Sunday afternoon, November 14, 2021.

2. Plaintiff's thirty-two page Complaint (98 pages with declarations and exhibits) and over-length thirty-seven page EMTRO have necessitated that Defendant prepare a longer than usual Motion to Dismiss.

3. Counsel for Plaintiff and Defendant have conferred and Plaintiff's counsel has no objection to the filing of this over size brief.

4. Pursuant to Local Rule 7.1, briefs in this Court are limited to fifteen (15) pages without prior leave of the Court. Defendant's brief is eighteen (18) pages.

5. This motion is made in good faith and not for purposes of delay or any other improper purpose.

WHEREFORE, Mr. Shin respectfully requests this Court grant his Motion for Leave to File Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P.

ok171104

12(B)(2), Or In the Alternative, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404; and Request for Order Vacating Temporary Restraining Order in excess of fifteen (15) pages.

DATED: November 17, 2021

*/s/ Jeffrey L. Taren*
Jeffrey L. Taren, Illinois BAR#2796821
MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, WA 98104
Phone: (206) 622-1604
Email:   jeffreyt@mhb.com
Attorneys for Defendant Sung Shin