# EXHIBIT B



James Daire <jdaire@yelp.com>

## Groupon's November 3, 2021 letter to Sung Shin

**Kevin Cloutier** <KCloutier@sheppardmullin.com>  Thu, Nov 11, 2021 at 10:30 AM
To: James Daire <jdaire@yelp.com>
Cc: Shawn Fabian <SFabian@sheppardmullin.com>

Hello James,

Apologies … I was traveling to the West Coast yesterday afternoon. Mr. Shin sent a letter to Groupon asking us to connect with his counsel, which we hope to do today. I will call you right afterwards.

Regards,

Kevin

**Kevin M. Cloutier**
+1 312-499-6304 | direct
+1 312-498-1616 | mobile
KCloutier@sheppardmullin.com | Bio

**SheppardMullin**
70 West Madison Street, 48th Floor
Chicago, IL 60602-4498
+1 312-499-6300 | main
www.sheppardmullin.com | LinkedIn

---

**From:** James Daire <jdaire@yelp.com>
**Sent:** Wednesday, November 10, 2021 7:20 PM
**To:** Kevin Cloutier <KCloutier@sheppardmullin.com>
**Cc:** Shawn Fabian <SFabian@sheppardmullin.com>
**Subject:** Re: [External] RE: Groupon's November 3, 2021 letter to Sung Shin

Hi Kevin,

Following up on our call Monday, my recollection was that you thought you would have word from Groupon by today. Can we put this matter to bed?

Thanks,

James

On Mon, Nov 8, 2021 at 11:58 AM Kevin Cloutier <KCloutier@sheppardmullin.com> wrote:

> Great, thanks.
>
> For me, 312.498.1616 is best.
>
> I look forward to connecting
>
> **Kevin M. Cloutier**
> +1 312-499-6304 | direct
> +1 312-498-1616 | mobile
> KCloutier@sheppardmullin.com | Bio
>
> **SheppardMullin**
> 70 West Madison Street, 48th Floor
> Chicago, IL 60602-4498
> +1 312-499-6300 | main
> www.sheppardmullin.com | LinkedIn

**From:** James Daire <jdaire@yelp.com>
**Sent:** Monday, November 8, 2021 1:57 PM
**To:** Kevin Cloutier <KCloutier@sheppardmullin.com>
**Cc:** Shawn Fabian <SFabian@sheppardmullin.com>
**Subject:** Re: [External] RE: Groupon's November 3, 2021 letter to Sung Shin

It does, thanks. What's the best number to reach you? (I'm not sure if I will be on cell or a landline.)

On Mon, Nov 8, 2021 at 11:34 AM Kevin Cloutier <KCloutier@sheppardmullin.com> wrote:

> Great, thanks. If it still works for you, let's do 1:30 pt/3:30 ct.
>
> Regards,
>
> Kevin
>
> **Kevin M. Cloutier**
> +1 312-499-6304 | direct
> +1 312-498-1616 | mobile
> KCloutier@sheppardmullin.com | Bio
>
> **SheppardMullin**
> 70 West Madison Street, 48th Floor
> Chicago, IL 60602-4498
> +1 312-499-6300 | main
> www.sheppardmullin.com | LinkedIn

**From:** James Daire <jdaire@yelp.com>
**Sent:** Monday, November 8, 2021 1:24 PM
**To:** Kevin Cloutier <KCloutier@sheppardmullin.com>
**Cc:** Shawn Fabian <SFabian@sheppardmullin.com>
**Subject:** Re: [External] RE: Groupon's November 3, 2021 letter to Sung Shin

Sure. I'm available from 1-2 pm PT or from 2:30-4 pm PT, if either of those windows will work for you.

On Mon, Nov 8, 2021 at 11:02 AM Kevin Cloutier <KCloutier@sheppardmullin.com> wrote:

> Hello James,
>
> Thank you for your letter. Do you have availability to discuss today?
>
> Regards,
>
> Kevin
>
> **Kevin M. Cloutier**
> +1 312-499-6304 | direct
> +1 312-498-1616 | mobile
> KCloutier@sheppardmullin.com | Bio
>
> **Sheppard**Mullin
> 70 West Madison Street, 48th Floor
> Chicago, IL 60602-4498
> +1 312-499-6300 | main
> www.sheppardmullin.com | LinkedIn
>
> **From:** James Daire <jdaire@yelp.com>
> **Sent:** Friday, November 5, 2021 12:02 PM
> **To:** Kevin Cloutier <KCloutier@sheppardmullin.com>; Shawn Fabian <SFabian@sheppardmullin.com>
> **Subject:** Groupon's November 3, 2021 letter to Sung Shin
>
> Hello,
>
> Please see the attached letter sent on behalf of Yelp.
>
> Regards,

> --
>
> James Daire
>
> Senior Corporate Counsel
>
> Yelp Inc.
>
> <u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

> --
>
> James Daire
>
> Senior Corporate Counsel
>
> Yelp Inc.

--

James Daire

Senior Corporate Counsel

Yelp Inc.

--

James Daire

Senior Corporate Counsel

Yelp Inc.