UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Groupon, Inc.
                      Plaintiff,

v.
                                                      Case No.: 1:21−cv−06082
                                                      Honorable Charles P. Kocoras

Sung Shin
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 23, 2021:

      MINUTE entry before the Honorable Charles P. Kocoras: Telephonic motion hearing held. Oral motion to extend Temporary Restraining Order from 11/30/2021 to /12/14/2021 is granted. Defendant motions to file oversize brief [13] and [17] are granted. Defendant's motion to dismiss for lack of personal jurisdiction pursuant to FED.R.CIV.P. 12(b)(2) [14] is entered and continued. Plaintiff's motion for expedited discovery [26] is granted. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.