UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GROUPON, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 21 C 6082 |
| | ) ) | Judge Charles P. Kocoras |
| SUNG SHIN, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

On the assumption that Plaintiff Groupon, Inc. will have filed a motion for a preliminary injunction against Defendant Sung Shin prior to Tuesday, December 14, 2021, a hearing is tentatively scheduled on the putative motion starting at 11:00 a.m. Chicago time. The hearing will be conducted virtually, and each side will have a total of two hours to present its case to the Court.

The respective presentations may include brief opening statements and brief final arguments. Each side is limited to calling two witnesses. Any additional evidence sought to be considered, whether testimony or exhibits, shall be submitted in written form.

The above schedule assumes technical compatibility among the parties, witnesses, and the Court. The two hours per side includes direct examination, cross examination, and opening and closing statements. The parties will be advised, as soon as it is determined, the platform to be used in conducting the hearing.

Dated: 12/07/2021

_____
Charles P. Kocoras
United States District Judge