# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GROUPON, INC.<br><br>           Plaintiff,<br><br>v.<br><br>SUNG SHIN,<br><br>           Defendant. | Case No. 1:21-cv-06082<br><br>Honorable Judge Charles P. Kocoras<br><br>**DEFENDANT'S WITNESS AND EXHIBIT LIST**<br><br>**Preliminary Injunction Hearing**<br>Date: December 14, 2021<br>Time: 11 am CT |

COMES NOW defendant Sung Shin, by and through his attorneys of record, and submits the following list of witnesses and exhibits to be presented during the preliminary injunction hearing set for December 14, 2021.

## I. WITNESSES

1. Sung Shin, Defendant
2. Vivek Patel, Chief Product Officer of Yelp Inc.

## II. EXHIBITS

| No. | Description | Bates Number |
|---|---|---|
| 1 | Shin Resume | PLAINTIFF 00001-00003 |
| 2 | Groupon's Job Description | PLAINTIFF 00025-00042 |
| 3 | Sung Shin Email dated 2/21/2021 with attached Business Plan | PLAINTIFF 03043-03049 |
| 4 | Groupon Offer Letter | |
| 5 | Groupon Confidentiality, Intellectual Property and Restrictive Covenants Agreement | |
| 6 | July 2021 Emails about Reach Extension | |
| 7 | Groupon Email to Shin with Return of Equipment | DEF-000316 |

ol131102

| No. | Description | Bates Number |
|---|---|---|
|  | Label |  |
| 8 | Groupon Return Equipment Shipping Label | DEF-000317 |
| 9 | Groupon's Answers and Objections to Defendant's Request for Production of Documents and Other Tangible Things, and Interrogatories |  |
| 10 | Defendant's Notice of Videotaped Deposition to Plaintiff Groupon, Inc., Under FRCP 30(b)(6) Via Zoom |  |
| 11 | Yelp Job Description, Vice President of Enterprise Product | DEF000008000011 |
| 12 | Yelp Offer Letter | DEF-000113-000118 |
| 13 | November 10, 2021 Letter from Sung Shin to Groupon regarding Noncompete |  |
| 14 | Shin Wire Transfer Repaying Bonus | DEF-000315 |
| 15 | Yelp's Confidential In-Progress Multi-Loc Planning Document 2022 | CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER – ATTORNEYS EYES ONLY YLP002582-002609 |
| 16 | Yelp Trust & Safety Report 2020 |  |
| 17 | Yelp Multi-Location Survey: December 2020 February 2021 | CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER – ATTORNEYS EYES ONLY YLP001930-002000 |
| 18 | Groupon – Goods Section |  |
| 19 | Amazon – Bose Headphones on Amazon Choice |  |
| 20 | Amazon – Bose Headphones |  |
| 21 | Amazon – Ratings and Reviews for Bose Earbuds |  |
| 22 | Amazon – Sponsored Ad to purchase Maine Lobster delivery |  |
| 23 | Groupon – Ad for Maine Lobster |  |
| 24 | Groupon – Sponsored Ads for Bedding |  |

ol131102

| No. | Description | Bates Number |
|---|---|---|
| 25 | Amazon – Sponsored Ads Bedding | |
| 26 | Amazon – Sponsored Banners on Amazon for Earbuds | |
| 27 | Amazon – Amazon Coupons | |
| 28 | Amazon – Epic Daily Deals Banner | |
| 29 | Amazon – Gift Cards | |
| 30 | Amazon – Food and Grocery Items | |
| 31 | Amazon – Starbucks Gift Cards | |
| 32 | Amazon – Vertical Department – Beauty and Personal Care Items | |
| 33 | Yelp Pizza Slide Comparison | |
| 34 | Report on Competitive Assessment, by Utpal M. Dholakia, December 9, 2021 | |
| 35 | Declaration of Cristy Caldwell | |
| 36 | Declaration of Rahul Hampole | |
| 37 | Declaration of Sung Shin | |
| 38 | Q2 2018 Familiarity Study, Groupon | CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER – ATTORNEY'S EYES ONLY<br>PLAINTIFF 01462-01495 |
| 39 | Yelp Multi-Loc Demonstrative | |

Respectfully submitted this 13th day of December, 2021.

/s/ Jeffrey L. Taren
Jeffrey L. Taren, Illinois Bar #2796821
Jesse Wing, Illinois Bar #90784355
MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, WA 98104
Phone: (206) 622-1604
Email: jeffreyt@mhb.com
jessew@mhb.com
*Attorneys for Defendant Sung Shin*