https://www.groupon.com/coupons/yelp-business

