IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GROUPON, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-06082 |
| ) | |
| v. ) | Honorable Judge Charles P. Kocoras |
| ) | |
| SUNG SHIN, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Defendant Sung Shin hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Order entered on January 6, 2022 (Dkt. No. 50), granting Plaintiff Groupon, Inc.'s Motion for Preliminary Injunction that precludes Defendant Shin from working at Yelp, Inc., among other terms. Defendant Shin also appeals from this Court's denial of Defendant Shin's Motion to Dismiss for Lack of Personal Jurisdiction (Fed. R. Civ. P. 12(b)(2)), or in the Alternative, Motion to Transfer Venue (Dkt. No. 54). This Court's denial of Defendant Shin's Motion to Dismiss, or in the Alternative, Motion to Transfer Venue is "inextricably intertwined" with this Court's grant of the Plaintiff's preliminary injunction motion, making the denial appealable now under pendant jurisdiction before the Court of Appeals. *See Rsch. Automation, Inc. v. Schrader-Bridgeport Int'l, Inc.*, 626 F.3d 973, 976–77 (7th Cir. 2010) (citations omitted).

Defendant Shin seeks to have the orders reversed, with this case remanded for entry of an order denying Plaintiff's motion for preliminary injunction, and granting Defendant's Motion to Dismiss, or in the Alternative, Motion to Transfer Venue.

DATED: January 28, 2022            MacDONALD HOAGUE & BAYLESS

By: */s/ Jesse Wing*
Jesse Wing, Illinois Bar #90784355
Jeffrey Taren, Illinois Bar #2796821
705 Second Avenue, Suite 1500
Seattle, WA 98104
Phone: (206) 622-1604

-2-

      Email:   jessew@mhb.com
                     jeffreyt@mhb.com
Attorneys for Defendant Sung Shin

-3-

## CERTIFICATE OF SERVICE

The undersigned further certifies that on January 28, 2022, she electronically filed the foregoing **Notice of Appeal** with the Clerk of Court using the CM/ECF system which will send notification to the following counsel of record:

Kevin M. Cloutier (6273805)
Shawn D. Fabian (6310637)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Tel: (312) 499-6300
Fax: (313) 499-6301
kcloutier@sheppardmullin.com
sfabian@sheppardmullin.com
*Attorneys for Plaintiff Groupon, Inc.*

                                                       */s/ Jesse Wing*
                                          Jesse Wing, Illinois Bar # 90784355