IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GROUPON, INC., | ) |
| Plaintiff, | ) Case No. 1:21-cv-06082 |
| v. | ) Honorable Judge Charles P. Kocoras |
| SUNG SHIN, | ) |
| Defendant. | ) |

**APPELLANT'S DOCKETING STATEMENT**

NOW COMES THE APPELLANT, Sung Shin, by his attorney, pursuant to Seventh Circuit Rule 3(c)(1) and hereby states as follows:

1. There have been no prior or related appellate proceedings in this case.

2. This is an interlocutory appeal pursuant to 28 U.S.C. § 1292, FRAP 3, and from an order dated January 6, 2022 granting Plaintiff Groupon, Inc.'s Motion for Preliminary Injunction (Dkt. No. 50) that precludes Defendant Sung Shin from working at Yelp, Inc., among other terms. This is also an appeal from this Court's minute order on January 28, 2022 denying Defendant Shin's Motion to Dismiss for Lack of Personal Jurisdiction (Fed. R. Civ. P. 12(b)(2)), or in the Alternative, Motion to Transfer Venue (Dkt. No. 54). This Court's denial of Defendant Shin's Motion to Dismiss, or in the Alternative, Motion to Transfer Venue is "inextricably intertwined" with the Court's grant of the Plaintiff's preliminary injunction motion, making it appealable now too under pendant jurisdiction before the Court of Appeals. *See Rsch. Automation, Inc. v. Schrader-Bridgeport Int'l, Inc.*, 626 F.3d 973, 976–77 (7th Cir. 2010) (citations omitted).

3. The District Court had jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1331. Federal question jurisdiction is based upon Groupon's claims under the Defend Trade Secrets Act of 2016, 18 U.S.C. § 1836, *et seq*.

4. The dates of entry of the orders sought to be reviewed are January 6, 2022 and January 28, 2022.

5. No motion for new trial or a motion to reconsider the judgment was filed.

6. No motions were filed which claim to toll the time within which to appeal.

7. The filing date of the Notice of Appeal is January 28, 2022.


DATED: February 1, 2022     MacDONALD HOAGUE & BAYLESS

By: */s/ Jesse Wing*
Jesse Wing, Illinois Bar #90784355
Jeffrey Taren, Illinois Bar #2796821
705 Second Avenue, Suite 1500
Seattle, WA 98104
Phone: (206) 622-1604
Email:   jessew@mhb.com
         jeffreyt@mhb.com
Attorneys for Defendant Sung Shin

19248 pb016701

## CERTIFICATE OF SERVICE

The undersigned further certifies that on February 1, 2022, she electronically filed the foregoing **Appellant's Docketing Statement** with the Clerk of Court using the CM/ECF system which will send notification to the following counsel of record:

Kevin M. Cloutier (6273805)
Shawn D. Fabian (6310637)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Tel: (312) 499-6300
Fax: (313) 499-6301
kcloutier@sheppardmullin.com
sfabian@sheppardmullin.com
*Attorneys for Plaintiff Groupon, Inc.*

                                        */s/ Trish Weissmann*
                                        Trish Weissmann, Legal Assistant

19248 pb016701